IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DEANGELO BROTHERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-43-CV-W-DW |
| ) | |
| BRIGGS and MORGAN, P.A., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 10). Pursuant to the stipulation, this case is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs. See Fed. R. Civ. Proc. 41(a)(1). The Clerk of the Court shall mark this case as closed.

Date:   August 17, 2007                                   /s/ Dean Whipple
                                                                                                            Dean Whipple
                                                                                      United States District Judge